[No. 34339-4-I.   Division One.   May 30, 1995.]

THE STATE OF WASHINGTON, *Respondent*, v. BEN A. DIXON, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 93-8-05516-3, Maurice Epstein, J. Pro Tem., entered May 2, 1994. *Affirmed* by unpublished opinion per Cox, J., concurred in by Kennedy, A.C.J, and Agid, J.

[No. 35229-6-I.   Division One.   May 30, 1995.]

CONCERNED CITIZENS OF HOSPITAL DISTRICT No. 304, *Appellant*, v. BOARD OF COMMISSIONERS OF PUBLIC HOSPITAL DISTRICT No. 304, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Skagit County, No. 93-2-01108-6, Joseph A. Thibodeau, J., entered March 11, 1994. *Affirmed* by unpublished opinion per Coleman, J., concurred in by Baker, C.J., and Kennedy, J. Now published at 78 Wn. App. 333.

[No. 36144-9-I.   Division One.   May 30, 1995.]

KATHLEEN L. ROBINSON, *Respondent*, v. MONTE R. ROBINSON, *Petitioner*.

Appeal from a judgment of the Superior Court for Skagit County, No. 95-3-00058-1, Stanley K. Bruhn, J., entered February 21, 1995. *Reversed* by unpublished per curiam opinion.